UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW E. PHILLIPS,

    Plaintiff,

v.

THE PEOPLE OF ILLINOIS, JOHN LAKIN,
CHRISTOPHER EALES and RANDY YOUNG,

    Defendants.

Case No. 18-cv-1058-JPG-SCW

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision as to some matters and the plaintiff having failed to prosecute others,

IT IS HEREBY ORDERED AND ADJUDGED that Count 1 (due process claim for conditions of confinement) is dismissed without prejudice; and that Count 2 (due process claim for mishandling grievances) is dismissed with prejudice.

**DATED: September 26, 2018**　　**THOMAS L. GALBRAITH, Acting Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**